UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK S. DREBIN,

    Plaintiff,

v.                                           Case No. 8:08-cv-280-T-24 MSS

BUTLER CARPET COMPANY, d/b/a
BOB'S CARPET MART,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on the parties' Case Management Report (Doc. No. 6), in which they indicate that they are considering consenting to the jurisdiction of a Magistrate Judge for disposition of this case. If the parties want to consent to the jurisdiction of a Magistrate Judge, the parties must fill out and file the attached Magistrate Consent Form.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of March, 2008.

                                                        SUSAN C. BUCKLEW
                                                        United States District Judge

Copies to:
Counsel of Record